IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREGORY THOMAS, :
    Plaintiff :
: CIVIL NO. 1:10-CV-2437
  v. :
: (Judge Caldwell)
RAYMOND LAWLER, :
SUPERINTENDENT, *et al.*, :
    Defendants :

*O R D E R*

AND NOW, this 18th day of July, 2012, it is ordered that:

  1. Plaintiff's Memorandum (Doc. 81), challenging the adequacy of Defendants' responses to his first request for production of documents, shall be construed as a combined motion to compel and supporting brief.

  2. Defendants are directed to file a response to Plaintiff's motion to compel by August 6, 2012.

                        /s/ William W. Caldwell
                        William W. Caldwell
                        United States District Judge